IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


MYRON N. ANDERSON
ADC #123288                                                                                  PETITIONER


v.                               Case No. 5:10CV00258 SWW-JTK


RAY HOBBS, Director,
Arkansas Department of Correction                                         RESPONDENT


## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  No objections have been filed.  After careful review of the findings and recommendations and a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 31st day of July, 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE