IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MYRON N. ANDERSON
ADC #123288                                                                                     PETITIONER

v.                          Case No. 5:10CV00258 SWW-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                  RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this 31st day of July, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE