IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MYRON N. ANDERSON
ADC #123288                                                                                               PETITIONER


v.                                    Case No. 5:10CV00258 SWW-JTK


RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

### ORDER

On July 9, 2012, the Court received proposed findings and recommendations [doc.#25] from United States Magistrate Judge Jerome T. Kearney recommending that petitioner Myron N. Anderson's petition for writ of habeas corpus be denied. No objections were filed and the Court, by Order and Judgment entered July 31, 2012 [doc.#'s 26, 27], adopted Judge Kearney's proposed findings and recommendations.

Now before the Court is petitioner's belated objections [doc.#29] to Judge Kearney's findings and recommendations as well as petitioner's "motion for a belated response" [doc.#30], in which petitioner asks the Court to consider his late objections, his motion to appoint counsel [doc.#31], and his motion for reconsideration [doc.#32]. The Court grants petitioner's "motion for a belated response." Having considered petitioner's objections and his motion for reconsideration (which in large part sets forth the substance of his objections), the Court finds no basis for reconsidering or modifying the Court's adoption of Judge Kearney's findings and recommendations. Accordingly, the Court denies petitioner's motion for reconsideration. In

addition, the Court denies petitioner's motion to appoint counsel.

IT IS THEREFORE ORDERED that petitioner's "motion for belated response" [doc.#30] be and it hereby is granted.

IT IS FURTHER ORDERED that petitioner's motion to appoint counsel [doc.#31] be and it hereby is denied.

IT IS FURTHER ORDERED that petitioner's motion for reconsideration [doc.#32] be and it hereby is denied.

Dated this 13th day of August 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE